UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LORI D. RANDOLPH, | ) |
|        Plaintiff, | ) ) ) |
| v. | ) Case No. 1:12CV217 SNLJ (NAB) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
|        Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Nannette A. Baker, filed January 14, 2014 (#22). Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Baker. In the report, Magistrate Judge Baker recommends that the Court affirm the decision of the Commissioner denying plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act. The parties were given fourteen days to file written objections. Neither party has filed an objection to the recommendation and the time to do so has expired.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs in the Report and Recommendation of the Magistrate Judge, and will affirm the decision of the Commissioner.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (#22) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act is

**AFFIRMED**, and plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Memorandum and Order.

Dated this 30th day of January, 2014.

                                                 _____
                                                 STEPHEN N. LIMBAUGH, JR.
                                                 UNITED STATES DISTRICT JUDGE